PHILADELPHIA AND CAMDEN FERRY COMPANY, PLAINTIFF IN ERROR, v. INTERCITY LINK RAILROAD COMPANY, DEFENDANT IN ERROR.

Argued July 10, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Gaskill & Gaskill.*

For the defendant in error, *Martin V. Bergen, Jr.*

PER CURIAM.

The judgment removed into this court by this writ of error is affirmed, on the grounds stated in the opinion of Mr. Justice Dixon, in the Supreme Court, printed in 44 *Vroom* 86.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, FORT, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, J.J. 12.

*For reversal*—None.